1

2

3

4

5

6                    UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF WASHINGTON
7                            AT SEATTLE

8    TRAVIS SKYLER OWEN FRANKLIN,

9                          Plaintiff,            Case No. C17-594-JLR-BAT

10        v.                                     **ORDER GRANTING
                                                 APPLICATION TO PROCEED IN
11   DIEGO LOPEZ DE CASTILLA, MD, MPH,           FORMA PAUPERIS AND
                                                 DIRECTING INSTITUTION TO
12                         Defendant.            CALCULATE, COLLECT AND
                                                 FORWARD PAYMENTS**

13        Plaintiff, who is currently incarcerated, is proceeding pro se in this civil rights action.

14   The Court has reviewed plaintiff's application to proceed in forma pauperis and ORDERS:

15        (1)    Plaintiff's application to proceed in forma pauperis is **GRANTED.** Dkt. 1. **As

16   set forth below, an initial partial filing fee will be collected, and thereafter each month**

17   **plaintiff is required to pay 20 percent of the preceding month's income credited to**

18   **plaintiff's account until the full amount of the filing fee is satisfied.**

19        (2)    Pursuant to 28 U.S.C. § 1915 and plaintiff's approved application to proceed in

20   forma pauperis, the agency having custody of the above named plaintiff is directed to calculate

21   an initial partial filing fee equal to 20 percent of the greater of either:  (1) the average monthly

22   deposits to the prisoner's account; or (2) the average monthly balance in the prisoner's account

23

1   for the 6-month period immediately preceding the date of this Order. The initial partial filing fee

2   should be forwarded to the court clerk as soon as practicable.

3         Subsequently, if the prisoner's account exceeds $10.00, each month the agency having

4   custody of the prisoner is directed to collect and forward payments equal to 20 percent of the

5   prisoner's preceding month's income credited to the prisoner's account. In the event that the

6   monthly payment would reduce the prisoner's account below $10.00, the agency should collect

7   and forward only that amount which would reduce the prisoner's account to the $10.00 level.

8   Finally, the monthly payments should be collected and forwarded to the court until the entire

9   filing fee ($350.00) for this matter has been paid.

10        (3)    The Clerk shall direct a copy of this Order to plaintiff and to the agency having

11   custody of the plaintiff.

12        DATED this 7th day of June, 2017.

13

14

15                     BRIAN A. TSUCHIDA
                    United States Magistrate Judge

16

17

18

19

20

21

22

23

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS AND DIRECTING INSTITUTION TO
CALCULATE, COLLECT AND FORWARD PAYMENTS - 2