UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVIS SKYLER OWEN FRANKLIN,

Plaintiff,

v.

DIEGO LOPEZ DeCASTILLA,

Defendant.

Case No. 2:17-cv-594 JLR-BAT

**REPORT AND
RECOMMENDATION**

Plaintiff Travis Skyler Owen Franklin, proceeding *pro se* and *in forma pauperis*, filed his amended complaint on May 14, 2017. Dkt. 6. Defendant filed his answer on August 1, 2017 (Dkt. 15), and on August 4, 2017, the Court entered a Pretrial Scheduling Order (Dkt. 17). On August 10, 2017, plaintiff filed a motion to voluntarily withdraw his amended complaint and requested that this action be dismissed without prejudice. Dkt. 18. Defendant has no objection to the requested dismissal without prejudice. Dkt. 19.

The Court recommends **DISMISSING** this lawsuit without prejudice pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) and (2).

**DISCUSSION**

Federal Rule of Civil Procedure Rule 41(a) governs the voluntary dismissal of an action in federal court. Rule 41(a)(2) provides that unless a plaintiff files a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment, or the parties

stipulate to the dismissal of the action, "[a]n action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper ...." Fed. R. Civ. P. § 41(a)(2). The decision to grant or deny a motion pursuant to Rule 41(a)(2) is within the sound discretion of the trial court and may be reviewed only for abuse of that discretion. *Sams v. Beech Aircraft Corp*., 625 F.2d 273, 277 (9th Cir.1980).

A motion for voluntary dismissal pursuant to Rule 41(a)(2) should be granted unless a defendant can show that it will suffer some plain legal prejudice as a result of the dismissal. *Smith v. Lenches*, 263 F.3d 972, 975 (9th Cir.2001); *Stevedoring Services of America v. Armilla Intern. B.V.*, 889 F.2d 919, 921 (9th Cir.1989) (stating that the purpose of Rule 41(a)(2) is "to permit a plaintiff to dismiss an action without prejudice so long as the defendant will not be prejudiced ... or unfairly affected by dismissal."). As previously noted, defendant has filed an answer to plaintiff's complaint, but is not opposed to the requested dismissal without prejudice. Dkt. 19.

## CONCLUSION

The Court recommends **DISMISSING** this lawsuit without prejudice. If it is not plaintiff's intention to voluntarily dismiss his lawsuit, he should so state in his objections. Any objections to this Recommendation must be filed no later than **Tuesday, September 12, 2017.** The Clerk should note the matter for **Thursday, September 14, 2017**, as ready for the District Judge's consideration if no objections are filed. Objections shall not exceed ten pages. The failure to timely object may affect the right to appeal.

DATED this  22nd  day of August, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge