UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVIS SKYLER OWEN FRANKLIN,

    Plaintiff,

v.

DIEGO LOPEZ DeCASTILLA,

    Defendant.

Case No. 2:17-cv-594 JLR-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed plaintiff's notice of voluntary dismissal, defendant's response, and the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation.

(2) Plaintiff's notice of voluntary dismissal (Dkt. 18) is **GRANTED.** This action is **DISMISSED without prejudice.**

(3) The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 18th day of Sept., 2017.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL - 1